In the Matter of the Claim of JAMES PRENTICE, Respondent, against HARRY H. WEEKS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Submitted March 5, 1934; decided March 20, 1934.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.